IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02432-BNB

CYNTHIA MATTSON,

    Plaintiff,

v.

MICHAEL CHERTOFF,
PATRICK AHLSTROM,
AL MYERS,
VECTOR ANDROVAL,
ERIC KLYAC,
MARK WRIGHT, and
I. B. LANCE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Cynthia Mattson, initiated this action by filing a *pro se* Complaint. The Court reviewed the Complaint and determined that Plaintiff needed to submit her claims on a Court-approved form used in filing civil complaints. On November 20, 2007, the Court entered an order instructing the Clerk of the Court to commence an action and directing Plaintiff to file the Complaint on a form and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On December 20, 2007, Plaintiff complied with the Order of November 20, 2007.

Ms. Mattson did not allege specifically the basis for the Court's jurisdiction in the original Complaint submitted to the Court on November 9, 2007. It now appears, in the Complaint she filed on December 20, 2007, that she intends to assert a claim of

employment discrimination pursuant to Title VII. Therefore, Ms. Mattson must file her Complaint on the proper Title VII Complaint form. Ms. Mattson is advised that she must complete the entire Title VII Complaint form. Accordingly, it is

ORDERED that Ms. Mattson file, **within thirty days from the date of this Order**, an Amended Complaint on the Court's Title VII Complaint form. It is

FURTHER ORDERED that the Clerk of the Court mail to Ms. Mattson, together with a copy of this Order, two copies of the Title VII Complaint form. It is

FURTHER ORDERED that if Ms. Mattson fails within the time allowed to file an Amended Complaint on the proper form as directed the action will be dismissed without further notice.

DATED January 28, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02432-BNB

Cynthia M. Mattson
1440 Clarkson Street
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint form** to the above-named individuals on 1/28/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk