FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02432-EWN-BNB

CYNTHIA M. MATTSON,

    Plaintiff,

v.

MICHAEL CHERTOFF,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: March 19, 2008.

                BY THE COURT:

                s/ Edward W. Nottingham
                CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-02432-WDM-MEH

Cynthia M. Mattson
PO Box 715
Arvada, CO 80001

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

Secretary, Michael Chertoff - **CERTIFIED**
Department of Transportation, TSA Agency
Washington, D.C. 20528

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Michael ChertofF, TSA; The United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 03/03/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on  3-19-08  .

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk